IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENNECIA HOLLIDAY, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | |
| ELRINGKLINGER USA, INC., | 2:21-cv-00219-RWS-JCF |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Kennecia Holliday and Defendant Elringklinger USA, Inc., through their undersigned attorneys of record, and hereby give notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff's claims in the above-styled action are hereby dismissed with prejudice, with each party to bear its own costs and fees.

Respectfully submitted this 1st day of June, 2022.

*[SIGNATURES TO FOLLOW]*

| | |
|---|---|
| /s/ Amanda M. Brookhuis | /s/ Tracy L. Moon, Jr. |
| Amanda Brookhuis | Tracy L. Moon, Jr. |
| Georgia Bar No. 601396 | Georgia Bar No. 518050 |
| The Kirby G. Smith Law Firm, LLC | tmoon@fisherphillips.com |
| 4488 North Shallowford Road | Dana Schwartzenfeld |
| Suite 105 | Georgia Bar No. 261022 |
| Atlanta, Georgia 30338 | dschwartzenfeld@fisherphillips.com |
| Phone:  (844) 454-7529 | FISHER & PHILLIPS LLP |
| Fax:  (877) 352-6253 | 1075 Peachtree Street NE, Suite 3500 |
| amb@kirbygsmith.com | Atlanta, Georgia 30309 |
| | Telephone: (404) 231-1400 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KENNECIA HOLLIDAY, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | |
| ELRINGKLINGER USA, INC., | 2:21-cv-00219-RWS-JCF |
| Defendant. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed this Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all Parties.

This 1st day of June, 2022.

                                        THE KIRBY G. SMITH LAW FIRM, LLC

                                        /s/Amanda M. Brookhuis
                                        Amanda M. Brookhuis
                                        Georgia Bar No. 601396
                                        *Attorney for Plaintiff*